# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

MARK D. MARSHALL,

       Plaintiff,

   v.

SEAN SALTER, BURT TAMMINGA
and GREG GRAMS,

       Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-715-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendant.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ M. Hardin
_____
by Deputy Clerk

_____7/2/08_____
Date